**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1452**

---

In re: HERMAN FELTON, JR.,

      Petitioner.

---

On Petition for Writ of Error Coram Nobis to the United States District Court for the Eastern District of North Carolina, at Elizabeth City.  (2:21-cr-00006-D-1; 2:23-cv-00002-D)

---

Submitted:  June 25, 2024                                  Decided:  June 27, 2024

---

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Herman Felton, Jr., Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Herman Felton, Jr., petitions this court for a writ of error coram nobis pursuant to the All Writs Act, 28 U.S.C. § 1651(a), contesting the validity of his conviction for possession of a stolen firearm. A writ of error coram nobis is an extraordinary remedy available only when the petitioner demonstrates a fundamental error for which a more usual remedy is not available and that he had valid reasons for not attacking the conviction earlier. *United States v. Lesane*, 40 F.4th 191, 197 (4th Cir. 2022). We conclude that Felton fails to establish he is entitled to a writ of error coram nobis. Accordingly, we deny his petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*
